BRETT A. SHUMATE
Assistant Attorney General
STEPHEN M. ELLIOTT
Assistant Director
DAVID M. GLASS
Senior Trial Counsel
Department of Justice, Civil Division
Federal Programs Branch
1100 L Street, N.W., Room 12020
Washington, D.C.  20530
Tel: (202) 514-4469
Email: david.glass@usdoj.gov
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| QUVAQ, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 3:26-cv-00232-SLG |
| | ) |
| UNITED STATES, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION OF DISMISSAL

The undersigned stipulate and agree as follows:

1.  Defendant Small Business Administration (SBA) withdraws the demand for return of

funds that it made to plaintiff by letter dated April 22, 2026, ECF No. 1-4.

2.  The withdrawal of the above demand is without prejudice to SBA's issuing a new

demand for return of funds to plaintiff if SBA determines that plaintiff was an "[i]neligible

entity" under the Restaurant Revitalization Fund (RRF) Program for a reason other than the

following:

> Under RRF program guidelines, Hotels/Motels are not eligible entities.  A
> restaurant within a hotel/motel must have a separate Tax Identification Number.

(Hotels and motels are not considered "Inns" for the purpose of the RRF program). Because the restaurant and hotel share the same EIN, the entities cannot be separated for eligibility consideration. Therefore, the business does not meet the definition of an eligible entity under the Restaurant Revitalization Fund Program. As a result, funds awarded must be returned.

*Id.* at 1 (highlighting omitted).

3. SBA likewise withdraws the statement, dated June 16, 2026, attached hereto as Ex. A.

4. This action is dismissed with prejudice and without fees or costs.

Dated: August 7, 2026

LANDYE BENNETT BLUMSTEIN LLP

By: s/ *Jennifer M. Coughlin*
Jennifer M. Coughlin, Alaska Bar 9306015
701 West 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone: (907) 276-5152
Fax: (907) 276-8433
Email: jenniferc@lbblawyers.com
Attorneys for Plaintiff

Dated: August 7, 2026

BRETT A. SHUMATE
Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Director

s/ *David M. Glass*
DAVID M. GLASS, DC Bar 544549
Senior Trial Counsel
Department of Justice, Civil Division
Federal Programs Branch
1100 L Street, N.W., Room 12020
Washington, D.C.  20530
Tel: (202) 514-4469
Email: david.glass@usdoj.gov
Attorneys for Defendants
